# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| YAN GENNADIEVICH YEFREMOV,<br>*Plaintiff*<br>v.<br>SPOKANE COUNTY, SPOKANE COUNTY DETENTION, JOHN DOE #1, JOHN DOE #2 and JANE DOE #1,<br>*Defendant* | ) ) ) ) ) <br>Civil Action No. 2:19-CV-0007-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Complaint is DISMISSED with prejudice for failure to state a § 1983 claim against identified Defendants upon which relief may be granted.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice

Date: August 8, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen